UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PHILLIP LEWIS,

                    Plaintiff,

     vs.                                  1:04-CV-0152

CITY OF ALBANY POLICE DEPT.; WILLIAM
BONNANI; and LAWRENCE HEID, Police Officer,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                            OF COUNSEL:

PHILLIP LEWIS
Plaintiff, *Pro Se*
9 Maryhadge Drive
Schenectady, New York 12304

BRENNAN, REHFUSS LAW FIRM        JOHN W. LIGUORI, ESQ.
Attorneys for Defendants               STEPHEN J. REHFUSS, ESQ.
Suite 202
12 Dove Street
Albany, New York 12210

DAVID N. HURD
United States District Judge

## O R D E R

Defendants have moved for summary judgment pursuant to Fed. R. Civ. P. 56, to dismiss the complaint. Plaintiff opposes.

Plaintiff's action pursuant to 42 U.S.C. § 1983 is for: (1) excessive use of force; (2) violations of due process; and (3) illegal search and seizure and violations of equal protection.

The evidence must be viewed in a light most favorable to the plaintiff.  In particular, his sworn testimony at deposition held on August 15, 2006 is accepted as true.  He testified that the defendant Bonnani: "he comes and stands on my head and starts grinding with both feet off the ground on the back of my head."  EBT p. 25.  He clearly identified Bonnani.  Id., p. 31.  If true, this is the excessive and unnecessary use of force.  It may ultimately be determined that plaintiff did not suffer serious injuries.  However, plaintiff has, at the very least, raised an issue of fact in that regard.

Defendant Heid was across the street and did not participate in the alleged excessive force.  Id. p. 43-44.  The plaintiff admitted to the officers that he had a weapon, Id. p. 34, which justified the search and seizure.  Plaintiff has failed to create a question of fact regarding his claim of due process and equal protection violations.  Finally, plaintiff has also failed to establish any possible liability on the part of the defendant City of Albany.

Therefore, it is

ORDERED, that

1. The defendants' motion is GRANTED in part and DENIED in part;

2. The complaint is DISMISSED against the defendants City of Albany and Lawrence Heid;

3. The due process, illegal search and seizure and equal protection claims are DISMISSED; and

4. The motion to dismiss the excessive force claim against the defendant William Bonnani is DENIED.

    IT IS SO ORDERED.

Dated:  September 22, 2006
         Utica, New York.

_____
United States District Judge