UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PHILLIP LEWIS,

                Plaintiff,

    -v-                                                          1:04 -CV-152

CITY OF ALBANY POLICE DEPARTMENT
and WILLIAM BONNANI,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## O R D E R

    Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on January 25, 2008, in Albany, New York, it is hereby

    ORDERED that defendant's motion to bifurcate the trial is DENIED.

    IT IS SO ORDERED.

_____
United States District Judge

Dated: January 25, 2008
       Utica, New York.